**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATSY COMUNALE, individually and as the
Administrator of the Estate of Joseph A. Comunale,
Plaintiff,

-against-

GORDON GEMMA and SUZANNE DILIONE,
Defendants.
-----------------------------------------------------------X

18 CIVIL 12104 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, this Court cannot exercise personal jurisdiction over the Defendants, and the substantive right of sepulcher does not exist in the state of New Jersey. Plaintiff's complaint is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6); accordingly, this case and the related case No. 18cv12246 are closed.

**Dated:** New York, New York
February 12, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *Kmango*

**Deputy Clerk**